**Order entered November 20, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00924-CR

**RECHEAL DEQRNIQUE GARLOW, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-51482-H**

## ORDER

The Court **REINSTATES** the appeal.

On October 17, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On November 18, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the October 17, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/    LANA MYERS
        JUSTICE